**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

John S. Crosby
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*john.crosby@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 353-6023*

September 5, 2026

**BY ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Llivicota Guaman v. Soto, et al.*, No. 26-11507 (MCA)**
**Update Regarding Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 10:05 p.m. on September 4, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ John S. Crosby*
JOHN S. CROSBY
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/8/26